UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO: 10-80149-CR

Plaintiff

vs.

Daniel Hauser

## SENTENCING MINUTES

DATE: 2/3/12  Court Reporter: Stephen Franklin
AUSA Paul Schwartz  Defense Counsel: Kristi Kassebaum
Deputy Clerk: Irene Ferrante

## JUDGMENT AND SENTENCE

**Imprisonment** 6 MONTHS as to COUNTS two

**Probation** _____ YEARS as to COUNTS _____

**Supervised Release** ONE YEARS as to Counts _____

___ Association restriction  ___ Employment Requirement  ✓ Permissible Search  ___ Deportation
___ Mental Health Treatment  ___ Substance abuse treatment  ___ Financial disclosure  ___ No debt
___ No self-employment  ___ Related concern restriction  ___ Sex offender conditions

relinquish license, if not already done

Assessment $100.00  Fine 0  Restitution: _____

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
✓ Voluntary Surrender on or before 6-15-12 by 2:00 pm
Recommendation to the Bureau of Prisons South Florida

Time in court: :20